IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: David T. Schultz |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:  22-cr-223 NEB/TNL |
| | ) | Date:  September 20, 2022 |
| Salim Ahmed Said(3), | ) | Courthouse:  Minneapolis |
| | ) | Courtroom:  9E |
| Defendant, | ) | Time Commenced:  2:59 p.m. |
| | ) | Time Concluded:  3:04 p.m. |
| | | Time in Court:  5 minutes |

APPEARANCES:

Plaintiff: Matthew Ebert, Assistant U.S. Attorney
Defendant: James Becker, Assistant Federal Public Defender
  X FPD(for today's purpose)

Date Charges Filed: 9/13/2022        Offense: conspiracy to commit wire fraud; wire fraud; conspiracy to commit federal programs bribery; federal programs bribery; conspiracy to commit money laundering; money laundering

X Advised of Rights

on    X Indictment


X **Personal Recognizance Bond with conditions, see Order Setting Conditions of Release.**

Next appearance date is TBD for:
  X Arraignment hrg


Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                       s/jam
                                                            Signature of Courtroom Deputy