UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 22-cr-223 (NEB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Salim Ahmed Said (3),<br>Abdi Nur Salah (6),<br>Ahmed Mohamed Artan (8),<br>Abdikadir Ainanshe Mohamud (9), and<br>Ahmed Abdullahi Ghedi (13), | |
| Defendants. | |

---

In the Second Amended Arraignment Notice & Case Management Order, the Court set a deadline of December 15, 2023, to file pretrial motions or a letter stating that no motions would be filed. ECF No. 170 at 4. Before the Court are four timely motions for extensions of that deadline by Defendants Salim Ahmed Said, Abdi Nur Salah, Abdikadir Ainanshe Mohamud, and Ahmed Abdullahi Ghedi. *See generally* ECF Nos. 181, 176, 184, 182. Defendant Ahmed Mohamed Artan has neither filed pretrial motions nor a letter.

This matter was previously designated complex under 18 U.S.C. § 3161(h)(7)(B)(ii). *See generally* ECF No. 95. Salim Ahmed Said seeks a one-week extension due to needing additional time to consult with counsel. Salim Ahmed Said met and conferred with the Government regarding his request, and the Government has no objection. Abdi Nur Salah seeks a two-week extension due to defense counsel

1

experiencing a personal matter that has now resolved. Abdi Nur Salah also met and conferred with the Government and the Government has no objection. Abdikadir Ainanshe Mohamud seeks a one-week extension due to defense counsel experiencing a personal matter and was not able to obtain the Government's position before filing. Ahmed Abdullahi Ghedi seeks a one-week extension based on technical difficulties accessing the discovery and was not able to obtain the Government's position before filing. By e-mail correspondence, the Government has indicated that it takes no position on Abdikadir Ainanshe Mohamud and Ahmed Abdullahi Ghedi's requests. No other modifications of the existing deadlines have been requested.

Bearing in mind the complexity of this case, the voluminous discovery, the absence of any objection to the requested continuance, and the existence of good cause shown, the Court finds pursuant to 18 U.S.C. § 3161(h) that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendants in a speedy trial and such continuances are necessary to provide Salim Ahmed Said, Abdi Nur Salah, Abdikadir Ainanshe Mohamud, Ahmed Abdullahi Ghedi, and their counsel reasonable time necessary for effective preparation.

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. *As to Ahmed Mohamed Artan*, counsel must electronically file a letter on or before **December 22, 2023**, if no motions will be filed and there is no need for hearing.

2. Salim Ahmed Said's Motion to Continue Motions Deadline, ECF No. 181, is **GRANTED**. *As to Salim Ahmed Said*, an extension is granted until **December 22, 2023**.

3. Abdi Nur Salah's Motion to Continue Defendant's Motion Filing Deadline, ECF No. 176, is **GRANTED**. *As to Abdi Nur Salah*, an extension is granted until **December 29, 2023**.

4. Abdikadir Ainanshe Mohamud's Motion for Extension of Time to File Motions, ECF No. 184, is **GRANTED**. *As to Abdikadir Ainanshe Mohamud*, an extension is granted until **December 22, 2023**.

5. Ahmed Abdullahi Ghedi's Motion for Extension of Time to File Pretrial Motions, ECF No. 182, is **GRANTED**. *As to Ahmed Abdullahi Ghedi*, an extension is granted until **December 22, 2023**.

6. This Court previously issued an Order on Pretrial Disclosure & Preservation, ECF No. 111, which "proactively addresse[d] certain non-dispositive motions that are commonly filed in the District of Minnesota, which seek discovery, notice of intent to introduce certain types of evidence, preservation of rough notes, and disclosure of evidence favorable to a defendant under *Brady v. Maryland*, 373 U.S. 83 (1963), and related authorities." ECF No. 111 at 3. "These motions often seek relief that is already required by the Federal Rules of Criminal Procedure, Federal Rules of Evidence, and federal law." ECF No. 111 at 3. "To promote the efficient management of these related cases, the Court issue[d the Order on Pretrial Disclosure & Preservation] to preemptively address such matters without the need for each defendant to file multiple

motions on these subjects." ECF No. 111 at 3.  **Before filing any pretrial motions, a party shall consult the prior Order on Pretrial Disclosure & Preservation.**

7. *As to Salim Ahmed Said, Abdi Nur Salah, Abdikadir Ainanshe Mohamud, and Ahmed Abdullahi Ghedi*, all motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **the deadlines set forth above as to each defendant**.[1] *See* D. Minn. LR 12.1(c)(1).  Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Tony N. Leung.[2]

8. *As to Salim Ahmed Said, Abdi Nur Salah, Abdikadir Ainanshe Mohamud, and Ahmed Abdullahi Ghedi*, **counsel must electronically file a letter on or before the deadlines set forth above as to each defendant, if no motions will be filed and there is no need for hearing**.

9. *Except as set forth herein*, all other dates in the Second Amended Arraignment Notice & Case Management Order, ECF No. 170, remain in full force and effect.

10. The period of time from **the date of this Order through December 29, 2023**, shall be excluded from Speedy Trial Act computations in this case. *See United States v. Mallett*, 751 F.3d 907, 911 (8th Cir. 2014) ("Exclusions of time attributable to one defendant apply to all codefendants." (quotation omitted)); *United States v. Arrellano-Garcia*, 471 F.3d 897, 900 (8th Cir. 2006) (same).

---

[1] "Before filing a motion under Fed. R. Crim. P. 12(b), the moving party must confer with the responding party.  The parties must attempt in good faith to clarify and narrow the issues in dispute." D. Minn. LR 12.1(b).
[2] U.S. Mail or hand-deliver to 300 South Fourth Street, Suite 9W, Minneapolis, MN 55415.

11. **Should a party request modification of this schedule, any response to such a request shall be filed within three days.**

12. All prior consistent orders relating to the Indictment remain in full force and effect.

13. Failure to comply with any provision of this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like.

Date: December __19__, 2023

        *s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Bock et al.*
Case No. 22-cr-223 (NEB/TNL)