**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Case No. 22-CR-223(3)(NEB/DTS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO JOIN IN MOTION *IN*** |
| V. | ) | ***LIMINE* NO. 1 TO PRECLUDE RULE** |
| | ) | **403(b) ARGUMENTS REGARDING** |
| 3. SALIM AHMED SAID, | ) | **UNSUPPORTED GANG AFFILIATION** |
| | ) | |
| Defendant. | ) | |

**MOTION**

Defendant Salim Said moves this Court to join in the January 10, 2025 Motion *in Limine*

No. 1 to Preclude Rule 403(b) Arguments Regarding Unsupported Gang Affiliation (Doc. 423).

Dated: January 14, 2025                    Respectfully submitted,

                                        **COLICH & ASSOCIATES**

                                        */s/ Michael J. Colich*
                                        Michael J. Colich
                                        Attorney ID 17899
                                        Attorney for Defendant Salim Ahmed Said
                                        420 Lumber Exchange Building
                                        10 South Fifth Street
                                        Minneapolis, MN 55402
                                        Phone:  (612) 333-7007
                                        mcolich@colichlaw.com

1