**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

Case No. 22-CR-223(3)(NEB/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT SALIM AHMED SAID'S** |
| V. ) | **EXHIBIT LIST** |
| ) | |
| 3. SALIM AHMED SAID, ) | |
| ) | |
| Defendant. ) | |

| PRESIDINT JUDGE<br>Hon. Nancy E. Brasel | PLAINTIFF'S COUNSEL<br>Joseph H. Thompson | DEFENDANT'S COUNSEL<br>Michael J. Colich<br>Adrian S. LaFavor-Montez | |
|---|---|---|---|
| TRIAL DATE<br>February 3, 2025 | COURT REPORTER<br>Renee Rogge | COURTROOM DEPUTY<br>Kristine Wegner | |
| EX. # | OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
| D3-0001 | | | September 7, 2020 Promissory Note re Olive Management and Cosmopolitan Business Solutions |
| D3-0002 | | | September 19, 2020 Promissory Note re ASA Limited and Cosmopolitan Business Solutions |
| D3-0003 | | | October 1, 2020 Promissory Note re Tunyar Trading and Salim Limited |
| D3-0004 | | | Photo of food in aluminum pans (4/18/2020) |
| D3-0005 | | | Video of food spread out across table with caption "Ramadan Mubarak" (4/25/2020) |
| D3-0006 | | | Video of food and labeled to-go containers spread out across table (4/25/2020) |
| D3-0007 | | | Video of to-go containers on table (4/25/2020) |
| D3-0008 | | | Photo of food inside to-go containers (4/25/2020) |
| D3-0009 | | | Video of aluminum pans in crates (4/28/2020) |
| D3-0010 | | | Photo of aluminum pans in crates (4/28/2020) |
| D3-0011 | | | Photo of printed out labels which include Safari Restaurant's logo (4/29/2020) |
| D3-0012 | | | Video of several boxes of food product (5/2/2020) |

1

| | | | |
|---|---|---|---|
| D3-0013 | | | Photo of aluminum pans bearing Safari Restaurant logo (5/2/2020) |
| D3-0014 | | | Video of aluminum pans bearing Safari Restaurant logo (5/2/2020) |
| D3-0015 | | | Video of aluminum pans bearing Safari Restaurant logo spread out across tables (5/2/2020) |
| D3-0016 | | | Video of aluminum pans bearing Safari Restaurant logo spread out across tables and person wearing apron dishing out food (5/2/2020) |
| D3-0017 | | | Video of Ilhan Omar being filmed by news cameras at Safari Restaurant (5/2/2020) |
| D3-0018 | | | Video of food in aluminum pan (5/2/2020) |
| D3-0019 | | | Video of man wearing apron and mask at Safari Restaurant and aluminum pans on table (5/3/2020) |
| D3-0020 | | | Video of aluminum pans bearing Safari Restaurant logo spread out across tables (5/3/2020) |
| D3-0021 | | | Video of aluminum pans bearing Safari Restaurant logo and man wearing apron and mask (5/3/2020) |
| D3-0022 | | | Video of food in to-go containers and man wearing apron and mask (5/6/2020) |
| D3-0023 | | | Photo of food in to-go containers (5/6/2020) |
| D3-0024 | | | Photo of food in to-go containers (5/6/2020) |
| D3-0025 | | | Photo of to-go containers bearing labels which include Safari Restaurant's logo (5/8/2020) |
| D3-0026 | | | Photos of to-go containers bearing labels which include Safari Restaurant's logo (5/8/2020) |
| D3-0027 | | | Photo of to-go containers spread out across tables with bananas for each container (5/8/2020) |
| D3-0028 | | | Photo of to-go containers with bananas (5/8/2020) |
| D3-0029 | | | Video of stacked aluminum pans (5/13/2020) |
| D3-0030 | | | Photo of Salim Said at Safari Restaurant wearing a mask bearing Safari Restaurant's logo (6/29/2020) |
| D3-0031 | | | Photo of Salim Said at Safari location (6/30/2020) |
| D3-0032 | | | Photo of Salim Said with five crew members wearing Safari Restaurant uniforms (7/6/2020) |
| D3-0033 | | | Photo of eight men wearing Safari Restaurant uniforms at Safari location (7/6/2020) |
| D3-0034 | | | Photo of nine men wearing Safari Restaurant uniforms at Safari location (7/6/2020) |

2

| D3-0035 | | | Video of crew members wearing Safari uniforms gathered outside Safari location (7/28/2020) |
| D3-0036 | | | Video of aluminum pans stacked on tables and crew members wearing aprons (10/12/2020) |
| D3-0037 | | | Photo of aluminum pans stacked on tables with caption "Lunch is ready" (10/12/2020) |
| D3-0038 | | | Video of food in aluminum pan (10/12/2020) |
| D3-0039 | | | Photo of stacked aluminum pans (10/12/2020) |
| D3-0040 | | | Photo of aluminum pans stacked on tables and crew members (10/25/2020) |
| D3-0041 | | | Photo of aluminum pans stacked on tables and crew members (10/25/2020) |
| D3-0042 | | | YouTube video of Ilhan Omar serving meals at Safari Restaurant (posted on 5/3/2020) |

Defendant Salim Said reserves the right to supplement, change, and delete exhibits as needed until the conclusion of trial.

Dated: January 24, 2025                         Respectfully submitted,

**COLICH & ASSOCIATES**

*/s/ Michael J. Colich*
Michael J. Colich
Attorney ID 17899
Attorney for Defendant Salim Ahmed Said
420 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
Phone: (612) 333-7007
mcolich@colichlaw.com