# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

### Criminal No. 22-CR-223-NEB-DTS

UNITED STATES OF AMERICA,                    **MOTION TO SCHEDULE**
                                                      **SENTENCING**

              Plaintiff(s)          Case No:    0:22-cr-00233-NEB-DTS

v.

 SALIM AHMED SAID,

              Defendant(s)

---

Defendant Salim Ahmed Said in the above-named case, through his counsel, hereby moves  The United States District Court for the District of Minnesota for an Order to:

Schedule his Sentencing Hearing to a date that would permit counsel to Submit his sentencing position no later than July 31, 2026, with, of course, ample time for the Government's response and the Court's review.

Mr. Zone makes this request because he has just recently been admitted to this Court *pro hac vice as to this case,* and his Notice of Appearance has also just been accepted.  He  is in the process of obtaining Mr. Said's case file, which I understand is quite extensive, as he was convicted after a lengthy trial.  In fact, given the size of the file, Mr. Colich's office will be required to load everything onto an external drive and forward it to my office, which will take some time.

In addition to Mr. Zone's need to review and analyze the file, he must speak with the client regarding the issues, considerations, and concerns that must be submitted to the Court in Mr.

Said's Sentencing position submission, as well as for his sentencing hearing.  The defendant, of course, does so request and does agree with the instant application.

As to Mr. Zone's trial and personal obligations, he is starting a trial next week in New York State Supreme Court, and he is getting married at the end of the month and will be back to work on June 8th, 2026.

The Government by AUSA Rebecca Kline, as stated in her email of April 27, 2026 does not object to this application, given the above.

Accordingly, we would respectfully request an order, scheduling Mr. Said's Sentencing Hearing to a date that would permit Mr. Zone's submission of his sentencing position as requested herein.

Dated: May 6, 2026

Respectfully Submitted,

s/ Samuel A. Savage
Samuel A. Savage (#03956380
SAVAGE WESTRICK, PLLP
900 AMERICAN BLVD. E., #241
Ph:(651) 292-9603
Email:savage@savagewestrick.com

s/Barry Zone
Barry Zone (NY # 2558997)
405 Lexington Avenue, 12 Fl
New York, New York 10174
bzone@mosessinger.com