# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

UNITED STATES OF AMERICA,

Plaintiff,

v.

SALIM AHMED SAID,

Defendant.

### COURT MINUTES - CRIMINAL

Case No: 22-cr-223 (3) (NEB/DTS)
Date: October 28, 2026
Courthouse: Minneapolis
Courtroom: 13W
Court Reporter: Paula Richter
Time Commenced: 10:10 a.m.
Time Concluded: 11:40 a.m.
Time in Court: 1 hour and 30 minutes

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

For Plaintiff: Rebecca Kline, Matthew Murphy, Austin Bowyer, and Craig Baune, Assistant U.S. Attorneys
For Defendant: Barry Zone and Samuel Savage, Retained Attorneys

☒ **Sentencing.**
☒ **Objections to the PSR reviewed on the record.**

**IT IS ORDERED:**
**Defendant is sentenced to a total term of 360 months imprisonment and 3 years supervised release:**

| Count Nos. | Verdict | BOP | SR |
|---|---|---|---|
| 1 and 15 | X | 60 months. The terms on counts 1 and 15 shall run concurrently with each other and all other counts: 2, 5, 8, 12, 41, 16-19, 32, 34, 36-38, 42, 44, 51-52, and 57 | 3 years. The terms shall run concurrently to each other and with all other counts. |
| 2, 5, 8, 12 and 41 | X | 240 months. The terms on counts 2, 5, 8, 12 and 41 shall run concurrently with each and counts 1 and 15. This term of 240 months on counts 2, 5, 8, 12 and 41 shall run consecutively to the 120 months imposed on counts 16-19, 32, 34, 36-38, 42, 44, 51, 52, and 57. | 3 years. The terms shall run concurrently to each other and with all other counts. |

| | | | |
|---|---|---|---|
| 16-19, 32, 34, 36-38, 42, 44, 51-52, and 57 | X | 120 months.<br>The term on counts 16-19, 32, 34, 36-38, 42, 44, 51, 52, and 57 shall run concurrently with each other and counts 1 and 15. This term of 120 months on counts 16-19, 32, 34, 36-38, 42, 44, 51, 52, and 57 shall run consecutively to the 240 months imposed on counts 2, 5, 8, 12, and 41 | 3 years.<br>The terms shall run concurrently to each other and with all other counts. |

☒ Special conditions of: **See J&C for special condition.**
☒ Restitution in the amount of $44,076, 663.03 is due immediately.
☒ Special assessment in the amount of $2,100.00 due immediately.
☒ The restricted filings at ECF 1082 shall remain restricted for unless otherwise ordered by the Court. Defendant shall file redacted version of the sentencing position paper.
☒ Defendant is remanded to the custody of the US Marshal's Service.

Date: October 28, 2026

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel